UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT NORTH CAROLINA
MINUTE SHEET
CATHARINE R. CARRUTHERS
DURHAM, NC
NOVEMBER 19, 2009
MIKE GREENE, ATLANTIC PROFESSIONAL, COURT REPORTER
SHARI GRISSOM, COURTROOM DEPUTY

| | | | |
|---|---|---|---|
| 38. | James Douglas Soles<br>Beverly Jean Soles<br>09-81481 13 | *19* Objection by Trustee to Confirmation of Plan<br><br>**ORDERED: OBJECTION CONTINUED UNTIL 12/17/09 AT 11:00 A.M.** | ATY DEBTOR:<br>Edward C. Boltz<br>TR: Richard M. Hutson |